UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

SHIFTPIXY, INC.,

                               Plaintiff,

                       -v-

GREGORY BERGMAN; ACCESS2 FINANCIAL, INC.,

                               Defendants.

22 Civ. 5686 (PAE)

ORDER

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

This case, which was filed on July 5, 2022, has been transferred to this Court as related to *ShiftPixy, Inc. v. Berman*, No. 21 Civ. 7135 (S.D.N.Y.).

In light of the relatedness, the late date at which the case was filed, and counsel's attestation that "[l]ittle if any discovery will be required in the newly filed case," Dkt. 2, the Court assumes that no further discovery or minimal discovery will be needed.  Counsel are directed to immediately to confer on this point and to propose forthwith a case management plan anticipating the completion of any supplemental fact discovery within four weeks.

SO ORDERED.

                                                               *Paul A. Engelmayer*
                                                               Paul A. Engelmayer
                                                               United States District Judge

Dated: July 15, 2022
        New York, New York