UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SHIFTPIXY INC., | | |
| Plaintiff, | | 22 Civ. 5686 (PAE), |
| -v- | | 22 Civ. 7135 (PAE) |
| GREGORY BERGMAN et al., | | ORDER |
| Defendants. | | |

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiff's motion for entry of judgment by confession based on defendants' alleged failure to satisfy the terms of the parties' settlement agreement. Dkt. 33. Defendants are directed to file, no later than May 24, 2023, a response to plaintiff's motion. Any reply shall be due by May 31, 2023.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 12, 2023
       New York, New York